UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

    Plaintiff,

Case No. 1:22-cv-10993-DJC

vs.

MAA GAYATRI MARINER, LLC,

    Defendant,
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 26th day of September, 2022.

    s/Lee D. Sarkin
    LEE D. SARKIN, ESQ.
    Attorney For Plaintiff
    BBO No. 710006
    E-mail: LSarkin@aol.com
    2 Burlington Woods Drive
    Suite 100
    Burlington, Ma. 01803
    Telephone (781) 222-4032